UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x

Brigette O. Diaz
   -against-
Aeromar Airlines

-------------------------------------------------x

DEFAULT JUDGMENT
03-CV-5399(JB)

The summons and complaint in this action having been duly served on the above-named defendant on November 9, 2004 and said defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment.

Now, on motion of Brigette O. Diaz, Pro Se, it is hereby Ordered and Adjudged that Brigette O. Diaz, the plaintiff, does recover of Aeromar, the defendants residing at 45 John Street, Suit 711 New York 10038, ~~the sum of $75,000, the amount claimed, plus interest in the sum of $ , with $ cost and disbursements, and attorney fees in the sum~~ an amount to be determined in the first instance by the assigned magistrate judge to whom the matter is referred for a report and recommendation. ~~$ , amount in all to the sum of $, plus interest at the legal rate in effect on the date of this judgment; and, that the plaintiff have execution therefore.~~

Dated: Brooklyn, New York

2-23-06

                               By: s/John Gleeson.
                                    District Judge